IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JASON A. DUNCAN                                                                PLAINTIFF

V.                           CASE NO.: 5:18-CV-5011

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                 DEFENDANT

ORDER

Comes on for consideration the Report and Recommendation (Doc. 13) filed in this case on July 12, 2018, by the Honorable Erin L. Wiedemann, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Commissioner's Unopposed Motion to Remand (Doc. 11) is hereby **GRANTED** and this case is **REMANDED** for further administrative action pursuant to sentence four of section 405(g).

**IT IS SO ORDERED** on this 1st day of August, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE